Jennifer McKee
Nevada State Bar No. 9624
CLYDE & CO US LLP
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
Telephone: (702) 633-5703
Facsimile: (702) 990-3501
Email: jennifer.mckee@clydeco.us

Attorneys for Defendants
Certain Underwriters at Lloyd's, London
Subscribing to Policy No. B0595XN5229017
(erroneously sued as Certain Underwriters at
Lloyd's London subscribing to Besso policy
number B0595XN5229017, Apollo Liability
Consortium Number 9984, including Apollo
Syndicate Management Limited)

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| FREYSSINET, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>BESSO INSURANCE GROUP LTD., a United Kingdom company, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO BESSO POLICY NUMBER B0595XN5229017, APOLLO LIABILITY CONSORTIUM NUMBER 9984, including APOLLO SYNDICATE MANAGEMENT LIMITED, a United Kingdom company,<br><br>Defendants. | Case No. 2:21-CV-00418-RFB<br><br>STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT FOR CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NO. B0595XN5229017 (ERRONEOUSLY SUED AS CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO BESSO POLICY NUMBER B0595XN5229017, APOLLO LIABILITY CONSORTIUM NUMBER 9984, INCLUDING APOLLO SYNDICATE MANAGEMENT LIMITED)<br><br>(FIRST REQUEST) |

Plaintiff Freyssinet, Inc. and defendants Certain Underwriters at Lloyd's, London subscribing to policy no. B0595XN5229017 ("Underwriters") (erroneously sued as Certain Underwriters at Lloyd's London subscribing to Besso policy number B0595XN5229017, Apollo Liability Consortium Number 9984, including Apollo Syndicate Management Limited) hereby move pursuant to Federal Rule of Civil Procedure 6 and Local Rule IA 6-1 to extend Underwriters'

1

1. deadline to respond to Freyssinet's Complaint from April 5, 2021 to April 12, 2021. This is the first request to extend this deadline.

Freyssinet consented to an extension of Underwriters' time to respond to the Complaint for one week, until April 12, 2021, to give Underwriters additional time to instruct Nevada counsel and prepare to file a responsive pleading. Underwriters' request for an extension is made in good faith and is not intended to unreasonably delay this matter. The matter remains at the outset of litigation, as the parties have not yet held their case conference under Federal Rule of Civil Procedure 26(f) nor has a scheduling order been entered.

Based on the foregoing, the parties respectfully request that this Court extend Underwriters' deadline to respond to Freyssinet's Complaint from April 5, 2021 to April 12, 2021.

Dated this 2nd day of April 2021.

| CLYDE & CO US LLP | SNELL & WILMER LLP |
|---|---|
| By: /s/ Jennifer McKee<br>Jennifer McKee (9624)<br>3960 Howard Hughes Parkway, Suite 500<br>Las Vegas, Nevada 89169<br>Telephone: (702) 633-5703<br>Facsimile: (702) 990-3501<br>Email: jennifer.mckee@clydeco.us<br>Attorneys for Defendants Certain Underwriters at Lloyd's, London Subscribing to Policy No. B0595XN5229017 (erroneously sued as Certain Underwriters at Lloyd's London subscribing to Besso policy number B0595XN5229017, Apollo Liability Consortium Number 9984, including Apollo Syndicate Management Limited) | By: /s/ Kelly H. Dove<br>Kelly H. Dove (10569)<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169<br>Telephone: (702) 784-5200<br>Facsimile: (702)784-5252<br>Email: kdove@swlaw.com<br>Attorneys for Plaintiff Freyssinet, Inc. |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: April 6, 2021

2