Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
gkahn@swlaw.com

David E. Suchar (MN #0392583)
John R. Darda (MN #388298)
Bryan R. Freeman (MN #0387154)
Jevon C. Bindman (MN #0396337)
*(Pro hac vice)*
MASLON LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200

*Attorneys for Plaintiff*
*Freyssinet, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREYSSINET, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>BESSO INSURANCE GROUP LTD., a United Kingdom company, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO BESSO POLICY NUMBER B0595XN5229017, APOLLO LIABILITY CONSORTIUM NUMBER 9984, including APOLLO SYNDICATE MANAGEMENT LIMITED, a United Kingdom company,<br><br>Defendants. | Case No.  2:21-cv-00418-APG-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS APOLLO LIABILITY CONSORTIUM NUMBER 9984 AND APOLLO SYNDICATE MANAGEMENT LIMITED'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Freyssinet, Inc. ("Plaintiff") and Defendants, Apollo Liability Consortium Number 9984 and Apollo Syndicate Management Limited (the "Apollo Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby jointly move and agree to extend Plaintiff's deadline to file its response to the Apollo Defendants' Motion to Dismiss Plaintiff's Complaint [ECF No. 15] (the "Motion") an additional seven (7) days to May 3, 2021, with the following background and  for the following reasons:

1.      Apollo Defendants filed the Motion on April 12, 2021 [ECF No. 15].

2.      Plaintiff's response to the Motion is currently due April 26, 2021.

3.      The Parties have reached an agreement in principle that will obviate the need for further motion practice but need additional time to formalize their agreement.

4.      On April 26, 2021, the Parties agreed to the extension requested herein.

5.      This extension request is sought in good faith and is not made for the purpose of delay.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

Therefore, the Parties respectfully request an extension for Plaintiff to file a response to the

Motion to and including May 3, 2021.


Dated:  April 26, 2021

SNELL & WILMER L.L.P.

*/s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

MASLON LLP

David E. Suchar (MN #0392583)
John R. Darda (MN #388298)
Bryan R. Freeman (MN #  (#0387154)
Jevon C. Bindman (MN #0396337)
*Pro hac vice*
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200

*Attorneys for Plaintiff*
*Freyssinet, Inc.*

Dated:  April 26, 2021

BAILEY KENNEDY

*/s/ Stephanie J. Glantz*
Sarah E. Harmon, Esq.
Nevada Bar No. 8106
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

CLYDE & CO US LLP
Jennifer McKee, Esq.
Nevada Bar No. 9624
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

CLYDE & CO US LLP
James P. Koelzer, Esq.
*(Pro hace vice pending)*
Elizabeth L. Musser, Esq.
*(Pro hace vice pending)*
355 South Grand Avenue, Suite 1400
Los Angeles, CA 90071

*Attorneys for Defendants Certain*
*Underwriters at Lloyd's, London Subscribing*
*to Policy No. B0595XN5229017*

## ORDER

**IT IS ORDERED**.

DATED:  ___April 27___, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE
Case No.  2:21-cv-00418-APG-BNW

1

**CERTIFICATE OF SERVICE**

2          I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18)

3    years, and I am not a party to, nor interested in, this action.  On this date, I caused to be served a

4    true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME TO**

5    **FILE RESPONSE TO DEFENDANTS APOLLO LIABILITY CONSORTIUM NUMBER**

6    **9984 AND APOLLO SYNDICATE MANAGEMENT LIMITED'S  MOTION TO DISMISS**

7    **PLAINTIFF'S COMPLAINT** by method indicated below:

8
9    ☐    **BY FAX:**  by transmitting via facsimile the document(s) listed above to the fax
           number(s) set forth below on this date before 5:00 p.m. pursuant to EDCR Rule 7.26(a).
           A printed transmission record is attached to the file copy of this document(s).

10
11   ☐    **BY U.S. MAIL:**  by placing the document(s) listed above in a sealed envelope with
           postage thereon fully prepaid, in the United States mail at Las Vegas, Nevada addressed
           as set forth below.

12
13   ☐    **BY OVERNIGHT MAIL:**  by causing document(s) to be picked up by an overnight
           delivery service company for delivery to the addressee(s) on the next business day.

14
           ☐    **BY PERSONAL DELIVERY:**  by causing personal delivery by              , a
15              messenger service with which this firm maintains an account, of the document(s) listed
                above to the person(s) at the address(es) set forth below.

16   ☒    **BY ELECTRONIC SUBMISSION:**  submitted to the above-entitled Court for
           electronic filing and service upon the Court's Service List for the above-referenced case.

17
18   ☐    **BY EMAIL:**  by emailing a PDF of the document listed above to the email addresses of
           the individual(s) listed below.

19   DATED this 26th day of April, 2021.

20
                                        */s/ Maricris Williams*
21                                      An employee of SNELL & WILMER L.L.P.

22

23

24

25

26
     4814-7295-7159
27

28

- 4 -