Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
SNELL & WILMER LLP
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
kdove@swlaw.com
gkahn@swlaw.com

David E. Suchar (MN #0392583)
John R. Darda (MN #388298)
Bryan R. Freeman (MN #0387154)
Jevon C. Bindman (MN #0396337)
*(Pro hac vice)*
MASLON LLP
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone: (612) 672-8200

*Attorneys for Plaintiff*
*Freyssinet, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| FREYSSINET, INC., a Virginia corporation,<br><br>Plaintiff,<br><br>v.<br><br>BESSO INSURANCE GROUP LTD., a United Kingdom company, and CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO BESSO POLICY NUMBER B0595XN5229017, APOLLO LIABILITY CONSORTIUM NUMBER 9984, including APOLLO SYNDICATE MANAGEMENT LIMITED, a United Kingdom company,<br><br>Defendants. | Case No.  2:21-cv-00418-APG-BNW<br><br>**JOINT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS APOLLO LIABILITY CONSORTIUM NUMBER 9984 AND APOLLO SYNDICATE MANAGEMENT LIMITED'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(SECOND REQUEST)** |

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Plaintiff Freyssinet, Inc. ("Plaintiff") and Defendants, Apollo Liability Consortium Number 9984 and Apollo Syndicate Management Limited (the "Apollo Defendants" and collectively with Plaintiff, the "Parties"), by and through their undersigned counsel, for good cause shown, hereby jointly move and agree to extend Plaintiff's deadline to file its response to the Apollo Defendants' Motion to Dismiss Plaintiff's Complaint [ECF No. 15] (the "Motion") an additional seven (7) days to May 10, 2021, with the following background and for the following reasons:

1.     Apollo Defendants filed the Motion on April 12, 2021 [ECF No. 15].

2.     Plaintiff's response to the Motion is currently due May 3, 2021.

3.     The Parties have reached an agreement in principle that will obviate the need for further motion practice but need additional time to formalize their agreement.

4.     On May 3, 2021, the Parties agreed to the extension requested herein.

5.     This is the Parties' second request for a week-long extension to enable them to finalize their agreement.

6.     This extension request is sought in good faith and is not made for the purpose of delay.

///
///
///
///
///
///
///
///
///
///
///
///
///

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
702.784.5200

Therefore, the Parties respectfully request an extension for Plaintiff to file a response to the Motion to and including May 10, 2021.

Dated: May 3, 2021

SNELL & WILMER L.L.P.

*/s/ Kelly H. Dove*
Kelly H. Dove, Esq.
Nevada Bar No. 10569
Gil Kahn, Esq.
Nevada Bar No. 14220
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

MASLON LLP

David E. Suchar (MN #0392583)
John R. Darda (MN #388298)
Bryan R. Freeman (MN #  (#0387154)
Jevon C. Bindman (MN #0396337)
*Pro hac vice*
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200

*Attorneys for Plaintiff*
*Freyssinet, Inc.*

Dated: May 3, 2021

BAILEY KENNEDY

*/s/ Sarah E. Harmon*
Sarah E. Harmon, Esq.
Nevada Bar No. 8106
Stephanie J. Glantz, Esq.
Nevada Bar No. 14878
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148

CLYDE & CO US LLP
Jennifer McKee, Esq.
Nevada Bar No. 9624
3960 Howard Hughes Parkway, Suite 500
Las Vegas, NV 89169

CLYDE & CO US LLP
James P. Koelzer, Esq.
*Pro hac vice*
Elizabeth L. Musser, Esq.
*Pro hac vice*
355 South Grand Avenue, Suite 1400
Los Angeles, CA 90071

*Attorneys for Defendants Certain*
*Underwriters at Lloyd's, London Subscribing*
*to Policy No. B0595XN5229017*

**ORDER**

**IT IS ORDERED**.

DATED: <u>May 4</u> , 2021.

_____
UNITED STATES DISTRICT COURT JUDGE
2:21-cv-00418-APG-BNW