1  SARAH E. HARMON
   Nevada Bar No. 8106
2  **BAILEY❖KENNEDY**
   8984 Spanish Ridge Avenue
3  Las Vegas, Nevada 89148-1302
   Telephone:  702.562.8820
4  Facsimile:  702.562.8821
   SHarmon@BaileyKennedy.com
5
   JENNIFER MCKEE
6  Nevada Bar No. 9624
   **CLYDE & CO US LLP**
7  3960 Howard Hughes Parkway, Suite 500
   Las Vegas, Nevada 89169
8  Telephone: 702.633.5703
   Facsimile: 702.990.3501
9  Jennifer.McKee@clydeco.us

10 JAMES P. KOELZER
   *Admitted under LR IA 11-2*
11 ELIZABETH L. MUSSER
   *Admitted under LR IA 11-2*
12 **CLYDE & CO US LLP**
   355 South Grand Avenue, Suite 1400
13 Los Angeles, California 90071
   Telephone: 213.358.7600
14 Facsimile: 213.358.7650
   James.Koelzer@clydeco.us
15 Elizabeth.Musser@clydeco.us

16 *Attorneys for Defendants* Certain Underwriters at Lloyd's,
   London Subscribing to Policy No. B0595XN5229017
17 (erroneously sued as Certain Underwriters at Lloyd's
   London subscribing to Besso policy number
18 B0595XN5229017, Apollo Liability Consortium Number
   9984, including Apollo Syndicate Management Limited)
19
                    UNITED STATES DISTRICT COURT
20
                        DISTRICT OF NEVADA
21

22 FREYSSINET, INC., a Virginia corporation,        Case No.  2:21-CV-00418-APG-BNW

23                             Plaintiff,           **STIPULATION AND PROPOSED
                                                    ORDER TO CONTINUE DEADLINE TO
24             vs.                                  DISMISS ACTION TO DECEMBER 31,
                                                    2021**
25 BESSO INSURANCE GROUP LTD., et al.,

26                             Defendants.

27

28



*(left margin vertical text)* BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1        This Stipulation is entered into by and between plaintiff Freyssinet, Inc. and defendants Certain

2   Underwriters at Lloyd's, London subscribing to policy no. B0595XN5229017 ("Underwriters")

3   (erroneously sued as Certain Underwriters at Lloyd's London subscribing to Besso policy number

4   B0595XN5229017, Apollo Liability Consortium Number 9984, including Apollo Syndicate

5   Management Limited) by and through their undersigned counsel, with reference to the following:

6        WHEREAS, Freyssinet filed a complaint initiating the instant action on March 12, 2021,

7   captioned *Freyssinet, Inc. v. Besso Insurance Group Ltd.*, Case No. 2:21-CV-00418-APG-BNW (D.

8   Nev.) (the "Coverage Action").

9        WHEREAS, on April 12, 2021, Underwriters filed an answer in the Coverage Action. (ECF

10  No. 13.)

11       WHEREAS, pursuant to stipulation, the Court dismissed the following parties from the

12  Coverage Action without prejudice: Apollo Liability Consortium Number 9984 (ECF No. 44); Apollo

13  Syndicate Management Limited (ECF No. 44); and Besso Insurance Group Ltd. (ECF No. 46).

14       WHEREAS, Freyssinet and Underwriters are the only parties remaining in the Coverage

15  Action (the "Parties").

16       WHEREAS, the Court approved a stipulated stay of the Coverage Action on June 8, 2021, to

17  allow the Parties to prepare for and participate in a mediation that could entirely resolve the matters in

18  dispute in the Coverage Action. (ECF No. 49.)

19       WHEREAS, the Court approved a stipulated continued stay of the Coverage Action on August

20  13, 2021, to allow the Parties to evaluate a mediator's proposal that would resolve the Coverage Action

21  in its entirety. (ECF No. 51.)

22       WHEREAS, on September 7, 2021, the Parties advised the Court that they reached a settlement

23  in principle, and that they are in the process of negotiating a written agreement. (ECF No. 53.)

24       WHEREAS, the Court vacated pending dates, and ordered Freyssinet to dismiss the Coverage

25  Action with prejudice on or before November 30, 2021, or for the Parties otherwise to advise the Court

26  of the status of settlement. (ECF No. 54.)

27       WHEREAS, the Parties have negotiated and executed a settlement agreement that completely

28  resolves the matters at issue in the Coverage Action.

BAILEY✦KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1   WHEREAS, the Parties anticipate that the settlement agreement will be performed in relevant

2   part on or before December 31, 2021.

3   WHEREAS, given resolution of this matter in principle, and the Parties' expectation that the

4   settlement agreement will be performed in relevant part on or before December 31, 2021, the Parties

5   request an extension of time to December 31, 2021 for Freyssinet to dismiss the Coverage Action with

6   prejudice.

7   NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED:

8   On or before December 31, 2021, Freyssinet will dismiss the Coverage Action with prejudice,

9   or the Parties will otherwise advise the Court of the status of settlement.

10

11   DATED this 1st day of December, 2021.

12   BAILEY ❖ KENNEDY

13

14   By:   /s/ Sarah E. Harmon
         SARAH E. HARMON

15
      - AND –
16
      JAMES P. KOELZER
17   ELIZABETH L. MUSSER
      JENNIFER MCKEE
18   CLYDE & CO US LLP

19

20   *Attorneys for Defendants*
      Certain Underwriters at Lloyd's, London Subscribing to
21   Policy No. B0595XN5229017 (erroneously sued as
      Certain Underwriters at Lloyd's London subscribing to
22   Besso policy number B0595XN5229017, Apollo
      Liability Consortium Number 9984, including Apollo
23   Syndicate Management Limited)

24

25   **Order**

      IT IS SO ORDERED
26
      **DATED:** 10:33 am, December 02, 2021
27

28   **BRENDA WEKSLER**
      **UNITED STATES MAGISTRATE JUDGE**

BAILEY ❖ KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

1

2

SNELL & WILMER LLP

3

By:    /s/ Kelly Dove

4

KELLY DOVE
GIL KAHN

5

- AND –

6

DAVID E. SUCHAR

7

JOHN R. DARDA
BRYAN R. FREEMAN

8

JEVON C. BINDMAN
MASLON LLP

9

10

*Attorneys for Plaintiff*
Freyssinet, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820